**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 4:95CR00129 ERW** |
| | ) | |
| **BARRY K. WILSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER REGARDING SUPERVISED RELEASE

This matter comes before the Court on Pro Se Request for Early Termination of Supervised Release [doc. #211] by Defendant Barry K. Wilson. The Court has discussed this request with Defendant's Probation Officer and was advised that Defendant has completed only 28 of the 60 months of supervised release ordered by this Court. In addition, the Court was notified of previous violations relating to monthly supervision reports and failure to notify the Probation Office after an alleged speeding violation and change of address.

**IT IS HEREBY ORDERED** that Pro Se Request for Early Termination of Supervised Release [doc. #211] by Defendant Barry K. Wilson is DENIED.

So Ordered this _2nd_ Day of _December_, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE